DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ROBERT CHYLE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D20-2874

_____

September 15, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Hillsborough County; Christopher C. Nash, Judge.

Robert Chyle, pro se.

PER CURIAM.

Affirmed.

NORTHCUTT, LaROSE, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.